1  **Lewis Roca Rothgerber Christie LLP**
   201 East Washington Street, Suite 1200
2  Phoenix, AZ 85004

   **Mary Ellen Simonson** (State Bar No. 009298)
3  Direct Dial: (602) 262-5317
   Direct Fax: (602) 734-3868
   Email: MSIMONSON@lrrc.com

4  **Laura Pasqualone** (State Bar No. 028360)
   Direct Dial: (602) 262-5362
5  Direct Fax: (602) 734-3778
   Email: LPASQUALONE@lrrc.com

   **Sara A. Begley** (Pro Hac Vice Application Anticipated)
6  **William J. Delenay** (Pro Hac Vice Application Anticipated)
   **Dana E. Feinstein** (Pro Hac Vice Application Anticipated)
   HOLLAND & KNIGHT LLP
7  Cira Centre, 2929 Arch Street, Suite 800
   Philadelphia, PA 19104
   Office: (215) 252-9566
8  Email: sara.begley@hklaw.com
   Email: william.delenay@hklaw.com
   Email: dana.feinstein@hklaw.com

9  *Attorneys for Berkadia Commercial Mortgage, LLC*

10                  UNITED STATES DISTRICT COURT

11                       DISTRICT OF ARIZONA

12 | Cathy Ann Pierre, an individual, | No. |
|---|---|
13 | Plaintiff, | **NOTICE OF REMOVAL** |
14 | v. | |
15 | Berkadia Commercial Mortgage, LLC, a Delaware limited liability company; and JOHN or JANE DOES 1 through 10, inclusive, | |
   | Defendants. | |

19       Defendant Berkadia Commercial Mortgage, LLC ("Berkadia"), by and through its

20 undersigned counsel, Holland & Knight LLP, hereby files this Notice of Removal of

21 Action to the United States District Court for the District of Arizona and states as follows:

22       1.     On April 12, 2019, Plaintiff Cathy Ann Pierre ("Plaintiff") commenced an

23 action in the Superior Court of Maricopa County, Arizona by filing a Complaint

24 ("Complaint") entitled *Cathy Ann Pierre, an individual v. Berkadia Commercial*

25 *Mortgage, LLC, a Delaware limited liability company; and JOHN or JANE DOES 1*

26 *through 10, inclusive, Defendants,* no. CV2019-091036. (Pursuant to LRCiv 3.6(b),

27 Berkadia attests that a true and complete copy of Plaintiff's Complaint is attached as

28

108734255.1

1. Exhibit A.)  A summons was served on Berkadia on April 12, 2019.  (Pursuant to LRCiv 3.6(b), Berkadia attests that a true and complete copy of the summons is attached as Exhibit B.)

2. Plaintiff then filed a First Amended Complaint on June 10, 2019.  (Pursuant to LRCiv 3.6(b), Berkadia attests that a true and complete copy of Plaintiff's First Amended Complaint is attached as Exhibit C.)

3. On June 19, 2019, Berkadia accepted service of summons of the filing of the First Amended Complaint. (Pursuant to LRCiv 3.6(b), Berkadia attests that a true and complete copy of the acceptance of service of summons is attached as Exhibit D).  All other pleadings and documents filed with the state court are attached as Exhibit E.  No other pleadings or documents are believed to have been filed in the state court.

4. Pursuant to LRCiv 3.6(a) and 28 U.S.C. § 1446(d), Berkadia affirmatively states that it filed a copy of this Notice of Removal with the Clerk of the Superior Court of Maricopa County, Arizona before filing it with this Court.

## THIS COURT HAS ORIGINAL JURISDICTION

5. Plaintiff's First Amended Complaint seeks damages and declaratory relief against Berkadia for alleged wrongdoing in connection with Plaintiff's termination of employment under the following theories arising under federal law: race discrimination in violation of Title VII of the Civil Rights Act of 1964 ("Title VII"); disability discrimination in violation of the Americans with Disabilities Act ("ADA"); failure to accommodate in violation of the ADA; retaliation in violation of Title VII and the ADA; and violation of 42 U.S.C. § 1981.  Plaintiff also asserts the following state law claims: race and disability discrimination and retaliation in violation of the Arizona Civil Rights Act; breach of contract; and breach of covenant of good faith and fair dealing.

6. The state court action brought in Plaintiff's First Amended Complaint is a removable civil action under 28 U.S.C. § 1441.  The First Amended Complaint asserts numerous claims that raise questions under federal law. Thus, this Court has original

jurisdiction over this action pursuant to 28 U.S.C. § 1331.  The Court has jurisdiction over Plaintiff's remaining state law claims under 28 U.S.C. §§ 1367 and 1441(c).  This action is removable to this Court pursuant to 28 U.S.C. § 1441(a) because this action could have been originally brought in this Court.

**ALL VALIDLY SERVED DEFENDANTS CONSENT TO REMOVAL**

7.   As Defendants sued under fictitious names who have not been served, JOHN and JANE Does 1 through 10 do not need to join in or consent to this notice of removal.  *See Destfino v. Reiswig*, 630 F. 3d 952, 957 (9th Cir. 2011).

8.   In the alternative, should this Court find that the joinder or consent of any other Defendant(s) is necessary, Berkadia hereby requests an opportunity to obtain such joinder or consent.  *See Destfino*, 630 F.3d at 956-57.

**PRAYER**

WHEREFORE, Defendant Berkadia respectfully requests that this action be removed to the United States District Court for the District of Arizona.

DATED this 19th day of July, 2019.

LEWIS ROCA ROTHGERBER CHRISTIE LLP


By: */s/ Laura Pasqualone*
Mary Ellen Simonson
Laura Pasqualone
Attorneys for Berkadia Commercial Mortgage, LLC
